# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 9, 2021

162756 & (75)(76)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PARAMOUNT RESIDENTIAL MORTGAGE
GROUP, INC. and CENLAR FSB,
            Plaintiffs-Appellees,

v

            SC:  162756
            COA:  351468
            Macomb CC:  2018-003918-CH

DUSTA DUKIC,
            Defendant-Appellant,

and

NICOLA DUKIC,
            Defendant,

and

KENNETH J. PETERSON,
            Other Party.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 17, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2021



Clerk

p0406